UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN COLLINS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C08-5092BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 13). The Court having considered the Report and Recommendation, the parties' failure to file objections, and the remaining record, does hereby find and order:

(1)     The Court adopts the Report and Recommendation; and

(2)     This action is **REMANDED** for an award of SSI benefits and for further administrative proceedings in accordance with the Report and Recommendation.

DATED this 14th day of January, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER