# United States District Court
WESTERN DISTRICT OF WASHINGTON

BRIAN COLLINS

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5092BHS

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court hereby awards Plaintiff's counsel, Robert A. Friedman, $4,407.69 in attorney fees and $48.33 in expenses under Equal Access to Justice Act, 28 U.S.C. §2412(a),(d), and $364.50 in costs under the Equal Access to Justice Act, 28 U.S.C. §1920, for a total award of $4,820.52.

| | |
|---|---|
|   March 6, 2009   |   BRUCE RIFKIN   |
| Date | Clerk |
| | |
| |   *s/CM Gonzalez*   |
| | Deputy Clerk |